1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MOODY WOODROW TANKSLEY,

11            Plaintiff,                       No. CIV S-08-2278 GGH P

12        vs.

13    WARDEN OF AVENAL STATE PRISON, et al.,

14            Defendants.                      ORDER

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  Named as defendants

18    are the Warden of Avenal State Prison and the Warden of Salinas Valley State Prison.  Plaintiff

19    alleges that after he appealed his criminal conviction, the California Court of Appeal, Fifth

20    Appellate District, remanded the matter back to the Kern County Superior Court.  Plaintiff

21    alleges that the Kern County Superior Court then "did away" with his criminal conviction.  Plaintiff

22    claims that following these events, defendant Avenal Warden was supposed to release

23    him from prison but instead sent plaintiff to Salinas Valley State Prison, where he is now

24    imprisoned.

25            Avenal State Prison is located in Kings County, which is part of the Fresno

26    Division of the United States District Court for the Eastern District of California.  See Local Rule

1    3-120(d).  Salinas Valley State Prison is located in Monterey County which is located in the

2    Northern District.  Because the gravamen of plaintiff's allegations occurred within the Fresno

3    Division, the court orders this action transferred to Fresno.[1]

4             Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

5    the proper division of a court may, on the court's own motion, be transferred to the proper

6    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

7    court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

8    request to proceed in forma pauperis.

9             Good cause appearing, IT IS HEREBY ORDERED that:

10            1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

11            2.  This action is transferred to the United States District Court for the Eastern

12   District of California sitting in Fresno; and

13            3.  All future filings shall reference the new Fresno case number assigned and

14   shall be filed at:

15                     United States District Court
                       Eastern District of California
16                     2500 Tulare Street
                       Fresno, CA 93721
17

18   DATED: 10/24/08

19                                                    /s/ Gregory G. Hollows

20                                                    _____
                                                      UNITED STATES MAGISTRATE JUDGE
21

22   tank.22

23

24

25   _____

26        [1]  In addition, if this action is construed as a habeas corpus action challenging a
     conviction from Kern County, then this action would properly be transferred to Fresno.