# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | CASE NO. 1:08-cv-01608-GSA PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 8) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff Moody Woodrow Tanksley ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 3, 2008, Plaintiff filed an unsigned motion.

The Court cannot consider unsigned filings. Local Rule 7-131; Fed. R. Civ. P. 11(a). Accordingly, the unsigned motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **November 10, 2008**          /s/ Gary S. Austin
                             UNITED STATES MAGISTRATE JUDGE

1