# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | CASE NO. 1:08-cv-01608-GSA PC |
| Plaintiff, | ORDER STRIKING PETITION, AND DENYING MOTION FOR RELEASE |
| v. | (Docs. 10 and 11) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

Plaintiff Moody Woodrow Tanksley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on September 26, 2008. On November 3, 2008, Plaintiff filed a petition for writ of habeas corpus, and on November 17, 2008, Plaintiff filed a motion seeking a court order mandating his release from Salinas Valley State Prison.

Plaintiff may not seek relief via habeas corpus in this action. If Plaintiff wishes to pursue a habeas petition, he must file a separate action. The improperly filed habeas petition will be stricken from the record.

Further, Plaintiff may not seek his release from custody in this civil rights action. When a prisoner challenges the legality or duration of his custody, or raises a constitutional challenge which could entitle him to an earlier release, his sole federal remedy is a writ of habeas corpus. Wilkinson v. Dotson, 544 U.S. 74, 125 S.Ct. 1242, 1245-48 (2005); Preiser v. Rodriguez, 411 U.S. 475 (1973); Young v. Kenny, 907 F.2d 874 (9th Cir. 1990), cert. denied 11 S.Ct. 1090 (1991). To the extent that

Plaintiff believes he is entitled to release from custody at this time, he must seek relief in a separate action by filing a habeas petition.  Plaintiff's motion must be denied.

Based on the foregoing, Plaintiff's petition for writ of habeas corpus, filed November 3, 2008, is STRICKEN, and Plaintiff's motion seeking a court order mandating his release from Salinas Valley State Prison, filed November 17, 2008, is DENIED.

IT IS SO ORDERED.

Dated:   **November 24, 2008**                    **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE